UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SOMPO JAPAN NIPPONKOA
INSURANCE, INC.,

    **Plaintiff,**

v.                      CASE NO.  3:19-cv-1154-J-20PDB

CSX CORP., CSX TRANSPORTATION, INC.,
AND SAVAGE SERVICES CORP.,

    **Defendants.**

_____/

## ORDER

I hereby recuse myself from this matter because of stock ownership and direct the Clerk to reassign this case in accordance with standard assignment procedures.

**DONE AND ORDERED** at Jacksonville, Florida, this _10th_ day of October, 2019.

                      HARVEY E. SCHLESINGER
                      UNITED STATES DISTRICT JUDGE

Copies to:
Michael C. Black, Esq.